Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN RE: ERIC FLORES,


 Relator.
 §


 


§


 


§


 


§


 


§


 


 § 


 

No. 08-07-00305-CR


 

AN ORIGINAL PROCEEDING


IN MANDAMUS







MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator Eric Flores seeks a mandamus contending his writ of habeas corpus has not been
processed since the jail magistrate declined his right to speedy trial via writ of habeas corpus. In
order to obtain relief through a writ of mandamus, a relator must establish: (1) no other adequate
remedy at law is available and (2) that the act he seeks to compel is ministerial. Dickens v. Court
of Appeals For Second Supreme Judicial Dist. of Texas, 727 S.W.2d 542, 548 (Tex. Crim. App.
1987). This Court has the authority to issue a writ of mandamus in two instances: (1) when
necessary to enforce the court's jurisdiction or (2) against a judge of a district or county court in the
court of appeals district; or a judge of a district court acting as a magistrate at a court of inquiry in
the court of appeals district. See Tex. Gov't Code Ann. § 22.221 (a) & (b) (Vernon 2004). 
Because Flores does not seek mandamus relief against a proper party under Section 22.221(b), we
dismiss his petition for writ of mandamus for lack of jurisdiction.


 KENNETH R. CARR, Justice


November 29, 2007


Before Chew, C.J., McClure, and Carr, JJ.


(Do Not Publish)